# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KRISTIN F. LAGARDE WIFE
OF/AND TIMOTHY MICHAEL
LAGARDE

VERSUS

BETTY SAGUL BATTALORA

NO.  2019 CW 0979

**SEP 0 3 2019**

---

In Re:    Betty Sagul Battalora, applying for supervisory writs,
          22nd Judicial District Court, Parish of St. Tammany,
          No. 2018-13292.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT NOT CONSIDERED.** This writ application fails to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(9). Relator, Betty Battalora, failed to include all of the attachments to the plaintiffs', Timothy and Kristen F. Lagarde's, opposition to the exception of prescription.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 4-9 & 2-18.7.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before September 17, 2019, and must contain a copy of this ruling.

                         **TMH**
                         **AHP**
                         **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT